## Commonwealth *v.* Duffy, Appellant.

Argued April 16, 1975. *R. Mellon,* with him *Robert K. Stitt, III, Mark L. Glosser, Samuel J. Reich,* and *Cooper, Schwartz, Diamond & Reich,* for appellant; *Robert L. Campbell,* Assistant District Attorney, with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth *v.* Everetts, Appellant.

Argued April 15, 1975. *Frank P. Krizner,* with him *McCandless, Chew & Krizner,* for appellant; *Robert F. Hawk,* Assistant District Attorney, with him *David L. Cook,* Assistant District Attorney, and *John H. Brydon,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.